[No. 14497-6-III.    Division Three.    December 31, 1996.]

MARVIN N. CARR, *Respondent*, v. GLADYS K.
TARNAVSKY, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 94-2-00273-0, Craig Matheson, J., entered October 26, 1994. *Affirmed* by unpublished opinion per Munson, J., concurred in by Sweeney, C.J., and Kurtz, J.

[No. 15492-1-III.    Division Three.    December 31, 1996.]

LYNN M. JENKINS, *Appellant*, v. DEPARTMENT OF
LABOR & INDUS., *Respondents*.

Appeal from a judgment of the Superior Court for Grant County, No. 95-2-00119-6, Evan E. Sperline, J., entered December 22, 1995. *Affirmed* by unpublished opinion per Munson, J., concurred in by Sweeney, C.J., and Thompson, J. Now published at 85 Wn. App. 7.

[No. 15624-9-III.    Division Three.    December 31, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. KENDALL
KEITH NIDA, *Appellant*.

Appeal from a judgment of the Superior Court for Klickitat County, No. 89-1-00034-4, Ted Kolbaba, J., entered June 19, 1989. *Dismissed* by unpublished per curiam opinion.

[No. 17039-6-II.    Division Two.    January 8, 1996.]

STEVEN JEFFERTS, ET AL., *Appellants*, v. PETER K.
BERGMAN, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 90-2-01650-9, Robert Doran, J., entered January 7, 1993. *Reversed* by unpublished opinion per Wiggins, J., concurred in by Bridgewater, A.C.J., and Fleisher, J.